LONG ISLAND LIGHTING COMPANY, Appellant, *v.* MILO R. MALTBIE et al., Individually, and as Members of the Public Service Commission of the State of New York, et al., Respondents.

Argued November 25, 1941; decided January 8, 1942.

· *Charles G. Blakeslee, John J. Donohue, Elmer B. Sanford* and *Edward J. Crummey* for appellant.

*Gay H. Brown, Laurence J. Olmsted* and *Sherman C. Ward* for Public Service Commission, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.